FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JAN 11 2010

BY D. MARK JONES, CLERK
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG A. BLAMIRES, D.C.,<br><br>Defendant,<br><br>INJURY & WELLNESS CENTER, LC,<br><br>Garnishee. | ORDER ADOPTING REPORT, FINDINGS, AND RECOMMENDATION<br><br>Case No. 2:04-MC-233<br><br>Judge Dee Benson |

Before the court is the Report, Findings, and Recommendation issued by United States Magistrate Judge David Nuffer on November 20, 2009, recommending that defendant Craig A. Blamires, D.C., be held in contempt of court and incarcerated until he cures that contempt.

Dr. Blamires was notified of his right to file objections to the Report, Findings, and Recommendation within ten (10) days after receiving it. Dr. Blamires has not filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the magistrate judge's Report, Finding, and Recommendation, the court agrees with the analysis and conclusion of the magistrate judge. Accordingly, the court ADOPTS the Report, Findings, and Recommendation.

The court finds that Dr. Blamires has failed to show cause why he should not be held in contempt of court. There is no basis for Dr. Blamires' contention that the court lacks venue or jurisdiction in this matter. Dr. Blamires has failed to pay the amount of the judgment against him. Dr. Blamires has been deliberately evasive with the court. And, Dr. Blamires has

repeatedly failed to comply with the court's orders to appear and to provide information to the United States.

For the foregoing reasons, the court HOLDS Dr. Blamires in contempt of court. The court ORDERS Dr. Blamires to pay a fine in the amount of $100 per day until he complies with the orders to provide financial and other information to the United States. If non compliance continues over ten (10) days, Dr. Blamires shall be incarcerated until he complies with the court's orders to provide information and/or pay the amount of the judgment against him.

IT IS SO ORDERED.

Dated this 11th day of January, 2010.

BY THE COURT

_____
Dee Benson, Judge
United States District Court